UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                               :
ABDUL A. ABDULLAH,             :
                               :   Civil Action No. 10-1069 (NLH)
          Petitioner,          :
                               :
     v.                        :          O R D E R
                               :          (CLOSED)
MICHELLE RICCI, et al.,        :
                               :
          Respondents.         :
_____:
```

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this   31st   day of   March   , 2011,

ORDERED that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby denied; and it is further

ORDERED that no certificate of appealability will issue; and it is further

ORDERED that the Clerk of the Court shall close this case.

             /s/ Noel L. Hillman
             NOEL L. HILLMAN
             United States District Judge

At Camden, New Jersey